IN RE GUARDIANSHIP OF PECK; PECK, F.K.A. JOHNSON,
APPELLANT; MERAGLIO, GDN., APPELLEE.

[Cite as *In re Guardianship of Peck,*
109 Ohio St.3d 1203, 2006-Ohio-2182.]

(No. 2005–1061—Submitted March 29, 2006—Decided May 17, 2006.)

{¶ 1} The cause is dismissed, sua sponte, as having been improvidently accepted.

{¶ 2} The court orders that the opinion of the court of appeals may not be cited as authority except by the parties inter se.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

---

Joseph R. Ulrich Co., L.P.A., and Kenneth J. Cahill, for appellant.

Reminger & Reminger Co., L.P.A., Clifford C. Masch, and Brian D. Sullivan, for appellee.